UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BALANCED RETURN FUND LIMITED;
MENDOTA CAPITAL, INC.; COMMAX
INVESTORS SERVICES LTD.; AND
COMPREHENSIVE INVESTORS
SERVICES, LTD.;

    Plaintiffs,

v.

ROYAL BANK OF CANADA; RBC
CAPITAL SERVICES, INC.; RBC
CAPITAL MARKETS CORPORATION
formerly known as RBC DOMINION
SECURITIES, INC.,

    Defendants.

Civil Action No.:
08-CIV-5015 (JSR)



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7-15-08

## PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

TO ALL PARTIES AND THEIR COUNSEL:

Pursuant to Fed. R. Civ. P. 41(a)(1), plaintiffs, by their undersigned attorneys, hereby voluntarily dismiss, without prejudice, all claims against all defendants asserted in this proceeding.

Dated: July 8, 2008

SQUITIERI & FEARON, LLP

By: _/s/ Lee Squitieri_____
Lee Squitieri (LS-1684)
32 East 57th Street
12th Floor
New York, New York 10022
(212) 421-6492

SO ORDERED
_/s/_____
USDJ
7-15-08

WEXLER TORISEVA WALLACE LLP
Kenneth A. Wexler
Edward A. Wallace
55 West Monroe Street
Suite 3300
Chicago, Illinois 60603
(312) 346-2222

Counsel for Plaintiffs